STRUCTURAL PRESSED STEEL WHEEL COMPANY, Inc., Maurice Lachman, Laurence S. Lachman, John W. Hutchinson, Jr. and Edward Fulda, Plaintiffs-Appellants, v. BETHLEHEM STEEL COMPANY, Defendant-Appellee.

No. 51.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1938.

Murray Corrington, of New York City, for appellants.

Cravath, deGersdorff, Swaine & Wood, of New York City (Bruce Bromley, Albert R. Connelly, and George S. Collins, all of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Henry SULLIVAN, Appellant, v. UNITED STATES of America, Appellee.

No. 8867.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1938.

Ayres K. Ross, of Austin, Tex., for appellant.

W. R. Smith, Jr., U. S. Atty., and H. W. Moursund and J. M. Burnett, Asst. U. S. Attys., all of San Antonio, Tex.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Lily Ashton TROENDLE, Debtor, v. KENTUCKY JOINT STOCK LAND BANK OF LEXINGTON, KENTUCKY.

No. 7556.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1938.

D. A. Sachs, Jr., of Louisville, Ky., and Frank Rives, of Hopkinsville, Ky., for appellant.

Robert H. Hays, of Lexington, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing and counsel for appellant stating that the supplemental record filed herein indicates that the order and decree of the District Court entered September 11, 1936, should be affirmed; it is now ordered and decreed by this Court that said decree be and it is hereby affirmed.